```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42355
    ARTHUR A BLACK
    JACKIE S BLACK                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2771      SSN XXX-XX-1659


-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/15/04 and confirmed on 03/14/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  15444.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE CORP | MORTGAGE ARRE | 6017.12 | .00 | 6017.12 |
| IRA T NEVEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILL COUNTY CIRCUIT CT C | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| EXCELL LLC ST THERESE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 781.51 | .00 | 177.09 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 23309.39 | .00 | 5281.77 |
| KELLERT LAKE LOT OWNERS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 773.10 | .00 | 175.18 |
| SOUTH SUBURBAN CARDIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL & HEAL | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | 2885.00 | .00 | 653.72 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| STAR DISPOSAL SERV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|

```
TOTAL CLMS ALLOWED        6017.12              .00        27749.00              .00      33766.12
PRINCIPAL PAID            6017.12              .00         6287.76              .00      12304.88
INTEREST PAID                 .00              .00             .00              .00           .00
TOTAL PAID                6017.12              .00         6287.76              .00      12304.88
```

The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $   2700.00
and was paid $    406.00   direct and $   2294.00   through the plan.

The Trustee received $     593.12 .

Refunds to the Debtor totaled $     252.00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　Dated: 02/08/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE